UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00135 |
| | : | |
| ERIC CHASE TORRENS, | : | Honorable Judge Reggie B. Walton |
| | : | |
| Defendant. | : | |

## UNITED STATES' MOTION TO DISMISS

The United States of America hereby moves this Court to dismiss the Information filed in 21-cr-00135. The government is moving forward with these charges in U.S.A. v. Bledsoe, et. al., 21-cr-00204. The defense does not object to the dismissal of the Information in 21-cr-00135.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: /s/ Jamie Carter

Jamie L. Carter
Assistant United States Attorney
Bar No. 1027970
555 Fourth Street, N.W.
Washington, DC 20530
Jamie.Carter@usdoj.gov
(202) 252-6741