UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-135 (RBW) |
| ERIC CHASE TORRENS, | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the United States' Motion to Dismiss, and for good cause shown, it is hereby

**ORDERED** that the United States' Motion to Dismiss, ECF No. 8, is **GRANTED**. It is further

**ORDERED** that the Information, ECF No. 7, is **DISMISSED**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 17th day of March, 2021.

_____
REGGIE B. WALTON
United States District Judge